```
JOAN S. SHEPPARD
BRACHFELD AND SHEPPARD
23586 Calabasas Rd #103
Calabasas, CA 91302
818/222-2868

Attorneys for Plaintiff
Bar # 81548 & 84477
```

JS-6





UNITED STATES OF AMERICA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: CV-92-3132-AAH(JRX) |
| Plaintiff, ) | CONSENT JUDGMENT |
| vs. ) | |
| PEGGY A. WEBB ) | |
| Defendant. ) | |

Plaintiff, United States of America, having filed its Complaint herein and the Defendant, having consented to the making and entry of the Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of judgment in the principal amount of $2,195.00, plus interest accrued to June 3, 1992 in the sum of ~~$1,126.77~~ *paid*, with interest accruing thereafter at $.18 per day until entry of judgment; plus $227.00 admin-

✓ Docketed
✓ Mld copy Ptys
— Mld Notice Ptys

JAN 13 1993



istrative charges; $45.00 as costs and $419.50 in attorney fees.

4. Defendant Peggy A. Webb will make monthly payments to plaintiff United States of America in the sum of $10.00, per month, commencing December 15, 1992 and continuing each month thereafter until paid in full.

5. Should defendant become thirty (30) days or more delinquent in monthly payments, in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the California Code of Civil Procedure.

6. Lien(s) will be recorded with the applicable County Recorder(s) wherein defendant resides or owns real property and that defendant shall bear the costs of this/these transactions.

7. When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant Release(s) of lien Under Abstract of Judgment for defendant to record with the applicable County Recorder(s).

8. The consent judgment will accrue interest at the legal rate from the date of entry until satisfied.

Dated: 12-29-92

JOAN S. SHEPPARD
Attorney for Plaintiff

Dated: 12-29-92

PEGGY A. WEBB
Defendant in Pro Per

Dated: 1/6/93

A. ANDREW HAUK
Senior Judge
United States District
Court Judge